AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Justin Ashenfelter)                                                   19-111

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>LUIS GOMEZ<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  19-1524-m<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2019__ in the county of __Berks__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(b)(1)(A)<br>18 U.S.C. §2 | Possession with intent to distribute 50 grams or more of methamphetamine<br>Aiding and abetting |

This criminal complaint is based on these facts:
See affidavit attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ann M. Kirkland, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/5/2019
_____
*Judge's signature*

City and state:  Allentown, Pennsylvania

Hon. Henry S. Perkin
*Printed name and title*

AFFIDAVIT OF PROBABLE CAUSE

I, Ann M. Kirkland, Special Agent, Federal Bureau of Investigation ("FBI"), being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the FBI assigned to the Philadelphia, Pennsylvania Division, Allentown Resident Agency. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, §2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, execute warrants issued under the authority of the United States and to make arrests for, offenses enumerated in Title 18, United States Code. As a result of my training and experience, and that of other investigators, I am familiar with evidence needed in a criminal complaint affidavit to establish probable cause.

2. I have been employed with the FBI as a Special Agent for the past 23 years. I am currently assigned to the FBI Violent Gang Task Force. During my law enforcement career, I have received over 1,000 hours of training and have supervised, conducted and participated in numerous investigations of criminal activity, including but not limited to, the investigation of crimes against children, bank robberies, mail/wire fraud, fugitives, interstate thefts, kidnappings, violent street gangs/criminal enterprises and narcotics distribution, among other federal violations. As a result of numerous investigations, I have gained extensive experience in gathering evidence to obtain search warrants, debrief defendants, witnesses, informants, and other persons who have had personal experience and knowledge of the trafficking of illegal controlled substances, to include heroin, marijuana, methamphetamine and both powder and crack cocaine. I have conducted surveillance of narcotics traffickers and have observed them

interact with their suppliers, criminal associates, and customers. I have participated in numerous cases were court-ordered electronic suveillance has been utilized.

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other investigators assigned to the FBI Violent Gang Task Force and other law enforcement agencies, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. The statements in this Affidavit are based in part on information received personally during my investigation of this matter as well as information obtained by other law enforcement personnel. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

4. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging LUIS GOMEZ, with a violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) (possession with intent to distribute 50 grams or more of methamphetamine, a schedule II controlled substance) and Title 18 United States Code, Section 2 (aiding and abetting).

5. Gomez has a residential address of 402 Spring Valley Road, Reading, Pennsylvania 19605, a date of birth of November 19, 1988, and an FBI #112449LA9.

**Probable Cause to Arrest**

**September 5, 2019: Gomez possessed approximately one pound of methamphetamine**

6. During the month of October 2018, the Pennsylvania State Police ("PSP") and the FBI (collectively, "law enforcement") initiated an investigation involving the distribution of heroin, cocaine, and large amounts of methamphetamine in the Berks County, Pennsylvania area.

Law enforcement initiated this investigation using various investigative techniques, including the use of court-authorized eavesdropping, video/audio surveillance, pole cameras, pen registers and cell-site location information, as well as the use of a PSP undercover police officer.

7.  On September 5, 2019, law enforcement executed a federal search warrant at 402 Spring Valley Road, Reading, PA (19-1505-M-1), authorized by the Honorable Lynne A. Sitarski, U.S. Magistrate Judge in the Eastern District of Pennsylvania. Present in the residence at the time of the search warrant execution were the defendant LUIS GOMEZ and Jose Enrique Gomez. LUIS GOMEZ has a Pennsylvania Operator's Number of 28446931, listing his residence as 402 Spring Valley Road, Reading, PA 19605.

8.  During the execution of the federal search warrant at 402 Spring Valley Road, Reading, Pennsylvania, agents encountered LUIS GOMEZ in a bedroom. LUIS GOMEZ identified the bedroom as his room, and law enforcement corroborated this information with the seizure of documentation addressed to "Luis Gomez" in the bedroom. Law enforcement also recovered a number of love letters addressed from LUIS GOMEZ to a girlfriend, Tatiana Garcia at 569 North Front Street, Reading, PA, under the mattress of the sole bed located in the bedroom.

9.  Law enforcement seized approximately one pound of crystal methamphetamine (approximately 460 grams) packaged in a clear plastic bag from a dresser drawer in the bedroom utilized by LUIS GOMEZ. Based upon his training and experience, Pennsylvania State Trooper Aaron Dykes, who was present at the time of the search warrant execution at the location, identified the contents of the clear plastic bag as crystal methamphetamine (or high purity methamphetamine) due to its appearance, color and consistency and weight. The methamphetamine will be submitted to the DEA Laboratory for further forensic analysis. Law

enforcement also seized from a the bedroom: an extended magazine for a 9MM handgun containing 26 live rounds of 9MM ammunition on a desk next to the bed; and a black vest-style body armor with a trauma plate in the chest area located on the bed. In the living room area of the house, inside of a table drawer, law enforcement recovered a 9MM SCCY pistol with a partially obliterated serial number.

10. Based upon my training and experience, I believe that this amount of methamphetamine is not consistent with personal use, but instead more consistent with distribution of methamphetamine. In my experience, this amount of methamphetamine is worth up to $5,000 in the Reading, Pennsylvania area. Further, I know that this package is consistent with wholesale distribution because, during the course of this investigation, the undercover police officer purchased pound-quantities of methamphetamine similar in shape, style, and packaging as the bag of methamphetamine recovered from LUIS GOMEZ'S bedroom. I also know that drug traffickers keep firearms, ammunition, and bullet-proof vests during the protection of their drug enterprise. Moreover, the fact that a firearm was recovered of the same caliber of the ammunition recovered in the magazine from LUIS GOMEZ'S bedroom further supports my belief that this was a distribution-level amount, and not personal use.

## Conclusion

11.  Based on the information above, I have concluded there is probable cause to believe that LUIS GOMEZ knowingly and intentionally possessed with the intent to distribute, and aided and abetted the possession with intent to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

Ann M. Kirkland
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN TO BEFORE ME
THIS 5TH DAY OF SEPTEMBER, 2019

HONORABLE HENRY S. PERKIN
*United States Magistrate Judge*